48 So.2d 254

**ROSS NEELY MOTOR EXPRESS, Inc. v. Edward ROBINSON.**

7 Div. 83.

Supreme Court of Alabama.
Oct. 19, 1950.

Lange, Simpson, Robinson & Somerville, of Birmingham, for petitioner.

Hawkins & Copeland, of Gadsden, opposed.

STAKELY, Justice.

Petition of Ross Neely Motor Express, Inc., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Ross Neely Motor Express, Inc., v. Robinson, 48 So.2d 252.

Writ denied.

BROWN, LIVINGSTON and SIMPSON, JJ., concur.